UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
CASE NO. 2:18-cv-00422-PP

_____

Matthew G. Kleczewski,

                                                                                                                                    Plaintiff,

v.

Messerli & Kramer, P.A.,

                                                                                                                                      Defendant.

_____

**PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**
_____

      Plaintiff Matthew G. Kleczewski, by counsel, and Defendant Messerli & Kramer, P.A., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

      IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Defendant are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: _____          _____
                                                                       JUDGE PAMELA PEPPERS
                                                                       United States District Court