UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW G. KLECZEWSKI,

    Plaintiff,

v.

                      Case No. 18-cv-422-pp

MESSERLI & KRAMER PA, *et al.*,

    Defendants.

## ORDER DISMISSING CASE

The parties have filed a Stipulation for Dismissal With Prejudice. Dkt. No. 100. The court **APPROVES** the parties' stipulation and **ORDERS** that all claims of the plaintiff and defendant in this case are **DISMISSED with prejudice**, and the plaintiff and defendant shall each bear their own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 7th day of July, 2020.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**